IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

        Plaintiff,                    No. CIV S 06-2904 FCD EFB P

    vs.

L. A. QUINN, et al.,

        Defendants.            <u>ORDER</u>

                                /

        Plaintiff is a prisoner without counsel suing under 42 U.S.C. § 1983 for alleged civil rights violations. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915.

        For the reasons explained below, the court finds that plaintiff has not demonstrated that he is eligible to proceed *in forma pauperis*.

        A prisoner may not proceed *in forma pauperis*,

> if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

////

1

1     Court records show that before plaintiff filed the complaint in this action, this court
2 dismissed at least three of plaintiff's lawsuits filed while he was a prisoner on the grounds that
3 they were frivolous, malicious or failed to state a claim.[1]  *See Thomas v. Gomez*, No. Civ. F 00-
4 5497 AWI  DLB, Order of September 11, 2000; *Thomas v. Nicholus*, No. Civ. F 99-6377 OWW
5 HGB, Order of October 11, 2000; *Thomas v. Gomez*, No. Civ. F 99-6662 REC DLB, Order of
6 October 12, 2000.  He has not alleged facts suggesting that he is under imminent danger of
7 serious physical injury.
8     Therefore, to proceed with this action plaintiff must either demonstrate he is under
9 imminent danger of serious physical injury or pay the $350 filing fee required by 28 U.S.C.
10 § 1914(a).
11     Accordingly, it is hereby ORDERED that:
12     1.  Plaintiff's December 26, 2006, application to proceed *in forma pauperis* is denied;
13     2.  Plaintiff has 20 days from the date this order is served either to demonstrate he is
14 under imminent danger of serious physical injury or to pay the $350 filing fee for this action; and
15     3.  Plaintiff's failure to comply with this order will result in a recommendation that this
16 action be dismissed without prejudice.
17 Dated:   April 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] A court may take judicial notice of court records.  *See MGIC Indem. Co. v. Weisman*, 803 F.2d 500, 505 (9th Cir. 1986); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).