IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

      Plaintiff,                         No. CIV S 06-2904 FCD EFB P

   vs.

L. A. QUINN, et al.,

      Defendants.                  FINDINGS & RECOMMENDATIONS

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He seeks leave to proceed *in forma pauperis*. On April 16, 2007, the court found that plaintiff had, on three prior occasions, brought actions in a court of the United States that were dismissed on the ground that they were frivolous, malicious or failed to state a claim. The court also found that plaintiff had not demonstrated that he was "under imminent danger of serious physical injury," 28 U.S.C. § 1915(g), so that he nonetheless could proceed *in forma pauperis*. The court gave plaintiff 20 days either to make the showing required by 28 U.S.C. § 1915(g) or to pay the $350 filing fee required by 28 U.S.C. § 1914(a), and warned plaintiff that failure to comply would result in a recommendation that this action be dismissed without prejudice. The 20-day period has expired and plaintiff has failed to pay the filing fee, attempt to make the requisite showing or otherwise respond to the court's order.

1

1    Accordingly, it hereby is RECOMMENDED that this action be dismissed without
2 prejudice.
3    These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 DATED: July 9, 2007.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE